**JASON M. BAXTER**
ATTORNEY AT LAW
267 FIFTH AVENUE, SB100
NEW YORK, NEW YORK 10016

TELEPHONE (212) 889-9811
FACSIMILE    (212) 889-9818

May 16, 2017


Re: Jones v. Smith
Case No. 16cv2194((PKC)(RML)


Counsel for Plaintiff and counsel for Defendants are submitting this status report to inform the Court that although mediation was conducted, a settlement has not been reached. The parties agree that continued attempts at this time will not be successful and that the case must move forward. Both parties remain open to the potential for settlement and will continue to discuss it as and when there are any changes which require any readjustment of settlement positions


Respectfully Submitted,


Jason M. Baxter, Esq.