# MINTZ & GOLD LLP
### ATTORNEYS AT LAW

STEVEN W. GOLD
STEVEN G. MINTZ*
ALAN KATZ
JEFFREY D. POLLACK*
ELLIOT G. SAGOR
IRA LEE SORKIN
STEVEN A. SAMIDE
SCOTT A. KLEIN
TERENCE W. MCCORMICK
ROBERT B. LACHENAUER
KEVIN M. BROWN
ALEXANDER H. GARDNER
HEATH LORING
PETER GUIRGUIS
AMIT SONDHI*
ROBIN C. FRIED
RYAN W. LAWLER*
TIMOTHY H. WOLF
TIMOTHY J. QUILL, JR.
JULIA B. MILNE
ADAM D. FRIEDLAND
MARIA EVA GARCIA*
PETER G. CAPACCHIONE

*ALSO ADMITTED IN NEW JERSEY

600 THIRD AVENUE
25TH FLOOR
NEW YORK, NEW YORK 10016

TELEPHONE (212) 696-4848
FACSIMILE (212) 696-1231
www.mintzandgold.com

*SENIOR COUNSEL*
LISABETH HARRISON
JACK A. HORN
NOREEN E. COSGROVE

*OF COUNSEL*
HONORABLE VITO J. TITONE *(dec.)*
(NY State Court of Appeals 1985-1998)
HONORABLE HOWARD MILLER
(NY Appellate Div. 1999-2010 [ret.])
HARVEY J. HOROWITZ
NEAL M. GOLDMAN
ERIC M. KUTNER
ANDREW P. NAPOLITANO*

*ADMITTED TO PRACTICE ONLY BEFORE ALL
COURTS IN NEW JERSEY AND ALL FEDERAL COURTS
IN NEW YORK CITY

December 5, 2017

**Via ECF**

Hon. Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom: 4F, Chambers: N 631
Brooklyn, New York 11201

      Re:  *David S. Jones v. Trevor Tahiem Smith, Jr., et al.,*
            Case No. 16-cv-2194 (PKC) (RML)

Dear Judge Chen:

      This firm represents defendants Trevor Tahiem Smith, Jr. (a/k/a "Trevor George Smith, Jr." & "Busta Rhymes") and Starbus LLC in the above-referenced action. We submit this letter pursuant to Section 1.F. of Your Honor's Individual Practices and Rules to request a one (1) week extension of today's deadline to submit the parties' settlement agreement for the Court's approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). No

MINTZ & GOLD LLP
ATTORNEYS AT LAW

Hon. Pamela K. Chen
December 5, 2017
Page 2 of 2

previous requests to extend today's deadline to submit the parties' settlement agreement have been made. Plaintiff's counsel consents to the instant request.

                                          Respectfully submitted,

                                          /s/Jeffrey D. Pollack

                                          Jeffrey D. Pollack

cc:    James Montgomery, Esq. (via ECF)