# MINTZ & GOLD LLP
ATTORNEYS AT LAW

STEVEN W. GOLD
STEVEN G. MINTZ*
ALAN KATZ
JEFFREY D. POLLACK*
ELLIOT G. SAGOR
IRA LEE SORKIN
STEVEN A. SAMIDE
SCOTT A. KLEIN
TERENCE W. MCCORMICK
ROBERT B. LACHENAUER
KEVIN M. BROWN
ALEXANDER H. GARDNER
HEATH LORING
PETER GUIRGUIS
TIMOTHY H. WOLF
ROBIN C. FRIED
RYAN W. LAWLER*
TIMOTHY J. QUILL, JR.
JULIA B. MILNE
ADAM D. FRIEDLAND
MARIA EVA GARCIA*
GABRIEL ALTMAN
ANDREW E. STECKLER

*ALSO ADMITTED IN NEW JERSEY

600 THIRD AVENUE
25TH FLOOR
NEW YORK, NEW YORK 10016

TELEPHONE (212) 696-4848
FACSIMILE (212) 696-1231
www.mintzandgold.com

SENIOR COUNSEL
JACK A. HORN
NOREEN E. COSGROVE

OF COUNSEL
HONORABLE VITO J. TITONE (dec.)
(NY State Court of Appeals 1985-1998)
HONORABLE HOWARD MILLER
(NY Appellate Div. 1999-2010 [ret.])
AMIT SONDHI*
HARVEY J. HOROWITZ
ERIC M. KUTNER
NEAL M. GOLDMAN
ANDREW P. NAPOLITANO°

°ADMITTED TO PRACTICE ONLY BEFORE ALL
COURTS IN NEW JERSEY AND ALL FEDERAL COURTS
IN NEW YORK CITY

July 6, 2018

**Via ECF**
Hon. Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *David S. Jones v. Trevor Tahiem Smith, Jr., et al.*,
               Case No. 16-cv-2194 (PKC) (RML)

Dear Magistrate Judge Levy:

      This firm represents the defendants in the above-captioned action. We submit this letter jointly with Plaintiff's counsel, and pursuant to Section 2.E. of Your Honor's Individual Motion Practices and Rules, to request an extension of the briefing schedule set forth in Your Honor's order dated July 5, 2018.

      The original briefing schedule requires Defendants to submit a Rule 56.1 Statement and summary judgment motion by July 18, 2018; Plaintiff to submit opposition by July 25, 2018, and Defendants to reply by July 27, 2018. We make the instant request to accommodate counsels' respective pre-existing travel schedules. We propose that Defendants' Rule 56.1 Statement and motion be extended to August 10; Plaintiff's opposition be extended to August 24, and Defendants' reply be extended to August 31.

**MINTZ & GOLD LLP**
ATTORNEYS AT LAW

Hon. Robert M. Levy
July 6, 2018
Page 2 of 2

    No previous requests for an adjournment have been made.

                             Respectfully submitted,

                             /s/Jeffrey D. Pollack

                             Jeffrey D. Pollack

cc:    James Montgomery, Esq. *(via ECF)*