# MINTZ & GOLD LLP
### ATTORNEYS AT LAW

STEVEN W. GOLD
STEVEN G. MINTZ*
ALAN KATZ
JEFFREY D. POLLACK*
ELLIOT G. SAGOR
IRA LEE SORKIN
STEVEN A. SAMIDE
SCOTT A. KLEIN
TERENCE W. MCCORMICK
ROBERT B. LACHENAUER
KEVIN M. BROWN
ALEXANDER H. GARDNER
HEATH LORING
PETER GUIRGUIS
TIMOTHY H. WOLF
ROBIN C. FRIED
RYAN W. LAWLER*
TIMOTHY J. QUILL, JR.
JULIA B. MILNE
ADAM D. FRIEDLAND
MARIA EVA GARCIA*
GABRIEL ALTMAN
ANDREW E. STECKLER
MICHAEL G. MEYERS

*ALSO ADMITTED IN NEW JERSEY

600 THIRD AVENUE
25TH FLOOR
NEW YORK, NEW YORK 10016

TELEPHONE (212) 696-4848
FACSIMILE (212) 696-1231

www.mintzandgold.com

SENIOR COUNSEL
JACK A. HORN
NOREEN E. COSGROVE
MATTHEW S. SEMINARA

OF COUNSEL
HONORABLE VITO J. TITONE (dec.)
   (NY State Court of Appeals 1985-1998)
HONORABLE HOWARD MILLER
   (NY Appellate Div. 1999-2010 [ret.])*
AMIT SONDHI*
HARVEY J. HOROWITZ
ERIC M. KUTNER
NEAL M. GOLDMAN
ANDREW P. NAPOLITANO†

†ADMITTED TO PRACTICE ONLY BEFORE ALL
  COURTS IN NEW JERSEY AND ALL FEDERAL COURTS
  IN NEW YORK CITY

August 22, 2018

**Via ECF**
Hon. Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *David S. Jones v. Trevor Tahiem Smith, Jr., et al.*,
        Case No. 16-cv-2194 (PKC) (RML)

Dear Magistrate Judge Levy:

        As you know, this firm represents the defendants in the above-captioned action.  We submit this letter jointly with Plaintiff's counsel, and pursuant to Section 2.E. of Your Honor's Individual Motion Practices and Rules, to request an adjournment of the evidentiary hearing and pre-hearing letters set forth in Your Honor's scheduling order dated August 21, 2018.

        The original order scheduled the evidentiary hearing for August 28, 2018 at 2:30 PM, and pre-hearing letters on August 27, 2018.  We make the instant request because my three year old son is scheduled for surgery on August 27.  We propose a one week extension – given that Labor Day is on September 3, we request that the pre-hearing letter be due September 4, and the evidentiary hearing be held on September 5.

MINTZ & GOLD LLP
ATTORNEYS AT LAW

Hon. Robert M. Levy
August 22, 2018
Page 2 of 2

No previous requests for an adjournment of the evidentiary hearing and pre-hearing letter have been made.

Respectfully submitted,

/s/Ryan W. Lawler

Ryan W. Lawler

cc:     James Montgomery, Esq. *(via ECF)*